IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**NATIONWIDE MUTUAL INSURANCE COMPANY**                    PLAINTIFF

**VERSUS**                    CAUSE NO.: 3:06CV241 HTW JCS

**RUSTY OTTS d/b/a RUSTY OTTS CONSTRUCTION,
W. DOUG PYRON, and ABC INDIVIDUALS
and XYZ ENTITIES**                    DEFENDANTS

### AGREED JUDGMENT OF VOLUNTARY DISMISSAL
### WITH PREJUDICE

**CAME ON** this day for hearing the joint Motion *ore tenus* of the Plaintiff, Nationwide Mutual Insurance Co., and the Defendants, Rusty Otts d/b/a Rusty Otts Construction and W. Doug Pyron, through respective counsel, who moved the Court to dismiss all claims against the Defendants, with prejudice. The Court, having considered the motion, noting the agreement of the parties and being otherwise fully advised in the premises, does find that said Motion is **well taken** and should be **granted**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants, Rusty Otts d/b/a Rusty Otts Construction and W. Doug Pyron, should be and hereby are dismissed with prejudice from this cause of action in its entirety, and the entire action, itself, hereby also being dismissed with prejudice. It is further ordered and adjudged that each respective party named herein shall be responsible for the payment of their own costs and attorney's fees.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

PRESENTED BY:

_[signature]_
COUNSEL FOR THE PLAINTIFF

_[signature]_
COUNSEL FOR THE DEFENDANT,
Rusty Otts d/b/a Rusty Otts Construction

_[signature]_
COUNSEL FOR THE DEFENDANT,
W. Doug Pyron


PRESENTED BY:

CLYDE X. COPELAND, III - MSB# 10322
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 1163
Jackson, Mississippi  39215-1163
Telephone:  (601) 420-0333
Telefax: (601) 420-0033


Civil Action No. 3:06-cv-241 HTW-JCS
Agreed Judgment of Voluntary Dismissal with Prejudice